UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Gregory A Muller

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Sussex County Social Services

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name              Gregory A Muller
           Street Address    144 Spring St
           County, City      Sussex, Newton
           State & Zip Code  New Jersey 07860
           Telephone Number  973-521-0076

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **Sussex County Social Service**
Street Address **83 Spring St,**
County, City **Sussex, Newton**
State & Zip Code **New Jersey 07860**

Defendant No. 2
Name **Daniella LaStarza**
Street Address **83 Spring St,**
County, City **Sussex, Newton**
State & Zip Code **New Jersey 07860**

Defendant No. 3
Name **Laura Adam**
Street Address **83 Spring St**
County, City **Sussex, Newton**
State & Zip Code **New Jersey 07860**

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
  [X] Federal Questions            [ ] Diversity of Citizenship
  [X] U.S. Government Plaintiff    [X] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Ongoing Violation of federal Laws Against Me with disibiltys, ADA Rights**

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Sussex County Welfare Agency_

B. What date and approximate time did the events giving rise to your claim(s) occur? _6/23/16 to present_

**What happened to you?**

C. Facts: _My Medical diagnosis which have disibility were intentually Ignored See Attached Letter To the Director of DFD_

**Who did what?**

_Welfare Agency witheld documation on My behalf which would qualifye me for benifits_

**Was anyone else involved?**

_Laura Adam, Social worker_

**Who else saw what happened?**

_Laura Adam - Social worker_

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Not Known

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Force them to follow their state and federal laws, in regard to me receiving welfare benifits as I have the proper documation deem unemployable.

I Want Monthey Ga Asst Unemployem Rate of 210⁰⁰ Monthley and Retro payments. Also 6 Month extention on housing Asst with Back Rent payments From The 23rd of MAy till present. of 800⁰⁰ Monthley totaling 2,400, pluse the back GA Asst payment Obout 600⁰⁰, Mainly for them to follow their Policeys. Also
                compensatory damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __AUGUST__, 20__16__.

Signature of Plaintiff _____
Mailing Address __1414 Spring St__
__Newton, N.J__
__07860__
Telephone Number __973-521-0076__
Fax Number *(if you have one)* _____
E-mail Address __GAMIGOD26@ Gmail__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____